IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00030-PAB-SBP

Patrick Geil,

    Plaintiff,

v.

REV Group, Inc. and E-One, Inc.

    Defendants.

## AMENDED [PROPOSED] COMPLAINT IN INTERVENTION

City of Aurora by its attorneys, Ruegsegger Simons & Stern, LLC, states for its Complaint in Intervention as follows:

1. At all times relevant in those matters asserted in Plaintiff's Complaint at Law, City of Aurora was Plaintiff's employer and self-insured workers' compensation carrier for Plaintiff.

2. Plaintiff was injured during the course and scope of his employment. The circumstances of the accident are more fully described in the Complaint filed by Plaintiff.

3. As a result of his injuries, Plaintiff has a workers' compensation claim and benefits were and are being paid to and on behalf of Plaintiff. <u>City of Aurora has paid $139,454.40 in medical benefits and $206,966.70 in indemnity benefits. The total amount paid by City of Aurora, to date, is $346,420.10.</u>

4. Pursuant to C.R.S. §8-41-203, City of Aurora has an assignment and a subrogation interest in Plaintiff's claims against the Defendants to the extent necessary for it to recover the benefits paid under the Colorado Workers' Compensation Act.

5. Pursuant to C.R.S. §8-41-203(1)(e)(II), if City of Aurora intervenes within 90 days after receiving notice of the litigation's commencement, any recovery by City of Aurora shall not be reduced by any attorney fees and costs incurred by the Plaintiff.

6. City of Aurora incorporates by reference the operative Complaint by Plaintiff, as though fully stated herein.

WHEREFORE, City of Aurora requests that the Court enter judgment in its favor and against Defendants in an amount equal to the workers' compensation benefits paid to or on behalf of Plaintiff, for post-judgment interest, costs, and any other relief the Court deems just and proper.

DATED at Denver, Colorado this 18th day of November, 2024.

RUEGSEGGER SIMONS & STERN, LLC

s/Anthony E. Derwinski
Anthony E. Derwinski (#44408)
Ruegsegger Simons & Stern, LLC
1700 Lincoln Street, Suite 4500
Denver, CO  80203
303.575.8026
aderwinski@rs3legal.com
*Attorneys for City of Aurora*

2