# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00030-PAB-SBP

PATRICK GEIL,

    Plaintiff,

v.

REV GROUP, INC., and E-ONE, INC.,

    Defendants,

and

CITY OF AURORA,

    Intervenor Plaintiff.

_____

## STIPULATED ORDER
_____

**ENTERED BY MAGISTRATE JUDGE SUSAN PROSE**

    The production of privileged or work-product-protected documents, electronically stored information ("ESI"), or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

| Attorneys for Plaintiff Patrick Geil<br>s/ Timothy Garvey<br>Timothy M. Garvey, #42668<br>DORMER HARPRING, LLC<br>3457 Ringsby Court, Unit 110<br>Englewood, CO 80111<br>Telephone: (303) 756-3812<br>E-mail: gt@denvertrial.com | Attorneys for Defendants<br>s/ Chad Lieberman<br>Chad M. Lieberman, #43009<br>Lieberman Legal LLC<br>6537 South Dallas Court<br>Denver, CO  80216<br>Telephone: (847) 778-4522<br>Email: chad@lieberman-legal.com |
|---|---|
| Attorneys for Intervenor Plaintiff<br>s/ Anthony Derwinski<br>Anthony Derwinski, #44408<br>Ruegsegger Simons & Stern, LLC<br>1700 Lincoln Street, Suite 4500<br>Denver, CO 80203<br>Telephone: (303) 575-8036<br>Email: aderwinski@rs3legal.com | |

**SO ORDERED:**

Dated: March 13, 2025

_____
SUSAN PROSE
United States Magistrate Judge